IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MINER, LTD.,

                Plaintiff,

v.                                                                                          OPINION and ORDER

PAUL NORDEEN and                                                          24-cv-463-jdp
WISP INDUSTRIAL SERVICES, LLC,

                Defendants.

---

Plaintiff Miner, Ltd. asserts claims for misappropriation of trade secrets, breach of contract, and tortious interference with contract against its former employee Paul Nordeen and his new employer WISP Industrial Services, LLC. Miner moves for a temporary restraining order and a preliminary injunction, Dkt. 2, and for expedited discovery to support its motion for a preliminary injunction. Dkt. 4.

The court will deny Miner's motion for a temporary restraining order. The court isn't persuaded that Miner faces such immediate and imminent harm that it must grant emergency relief.

The court will deny Miner's motion for a preliminary injunction without prejudice because Miner did not follow the court's procedure for motions for injunctive relief, which requires parties to submit proposed findings of fact and supporting evidence. (Miner's counsel should review the court's requirements for motions seeking injunctive relief, available under the "Local Procedures" tab on the court's website.) The only supporting evidence so far is Miner's verified complaint, Dkt. 1, which contains a great deal of hearsay and many allegations made on information and belief. The court would not grant preliminary relief on such a meager

evidentiary record. The court will set a briefing schedule and a hearing if Miner files a properly supported motion for preliminary injunction.

The court is sympathetic to Miner's request for some expedited discovery. But the court won't approve a specific discovery plan without hearing from defendants. Miner is ordered to promptly serve the summons and complaint (as well as the preliminary injunction papers and the motion to expedite discovery). The parties have until July 22 to submit a joint proposed plan for limited expedited discovery, setting out alternative proposals on areas of disagreement. The court will set a hearing on the request for discovery if needed.

## ORDER

IT IS ORDERED that:

1. Plaintiff's motion for a temporary restraining order and preliminary injunction, Dkt. 2, is DENIED without prejudice.

2. Plaintiff's motion for expedited discovery, Dkt. 4, is GRANTED in part and DENIED in part. The parties have until July 22 to submit a joint proposed plan for expedited discovery or to submit alternate plans on areas of disagreement.

3. Plaintiff is ordered to serve the summons and complaint (along with the motion for a preliminary injunction and supporting brief and the motion to expedite discovery) and file proof of service by July 16, 2024.

Entered July 11, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge